[No. 4821–3–II. Division Two. December 10, 1982.]

JANICE A. PALMER, *Appellant,* v. THE DEPARTMENT
OF EMPLOYMENT SECURITY, *Respondent.*

Appeal from a judgment of the Superior Court for Thurston County, No. 78-2–00514–1, Frank E. Baker, J., entered May 16, 1980. *Affirmed in part* and *reversed in part* by unpublished opinion per Petrich, J., concurred in by Reed, C.J., and Petrie, J.

[No. 5186–9–II. Division Two. December 13, 1982.]

DELGUZZI CONSTRUCTION COMPANY, INC., *Respondent,* v.
LOWER ELWHA TRIBAL COMMUNITY, *Petitioner.*

Appeal from a judgment of the Superior Court for Clallam County, No. 27022, Tyler C. Moffett, J., entered September 11, 1980. *Reversed* and *remanded* by unpublished opinion per Petrie, J., concurred in by Petrich, A.C.J., and Worswick, J.

[No. 5823–5–II. Division Two. December 13, 1982.]

MICHAEL EDWARD GEORGE, ET AL, *Plaintiffs,* v. DENNIS
KENNELLY, *Appellant,* NORTHWEST ORIENT
AIRLINES, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 829233, David W. Soukup, J., entered May 14, 1981. *Reversed* and *remanded* by unpublished opinion per Petrie, J., concurred in by Reed, C.J., and Worswick, J.